| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br><br>Court Address:<br>100 Jefferson County Parkway<br>Golden, CO 80401<br><br>Plaintiff:    **ROSE GUTIERREZ**<br><br>v.<br><br>Defendant: **KING SOOPERS d/b/a DILLON COMPANIES, LLC.** | DATE FILED: May 6, 2019 10:05 AM<br>FILING ID: 18FB3A2E9A9D3<br>CASE NUMBER: 2019CV30702<br><br><br><br><br><br>▲COURT USE ONLY▲ |
|---|---|
| *Attorney for Plaintiff:*<br>Ross Iakovakis, #44104<br>**RM Law**<br>9085 East Mineral Circle, Suite 280<br>Centennial, Colorado 80112<br>Phone Number:  (720) 204-2710<br>FAX Number:    (720) 528-7853<br>ri@rmanninglaw.com | Case Number:<br><br>Division: |

### DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT

1.  **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.  Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.  **Check one of the following:**

    ☐ This case is governed by C.R.C.P. 16.1 because:

    -   The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

    -   A monetary judgment over $100,000 is not sought by any party against any other single party.  This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

    ☒ This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

## EXHIBIT A

☐The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

☒ A monetary judgment over $100,000 is sought by any party against any other single party.  This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☐Another party has previously indicated in a Case Cover Sheet that the simplified procedure under C.R.C.P. 16.1 does not apply to the case.

*NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 49 days of the at-issue date.  See C.R.C.P. 16.1(e).  In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 35 days of the at-issue date.  See C.R.C.P. 16.1(d).*

☐ A Stipulation or Notice with respect to C.R.C.P. 16.1 has or will be separately filed with the Court, indicating:

☐C.R.C.P. 16.1 applies to this case.

☐C.R.C.P. 16.1 does not apply to this case.

**3.** ☐ This party makes a **Jury Demand** at this time and pays the requisite fee.  *See* C.R.C.P. 38. (Checking this box is optional.)

Date: May 6, 2019.

**RM Law**

/s/ *Ross Iakovakis*
Ross Iakovakis

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br><br>Court Address:<br>100 Jefferson County Parkway<br>Golden, CO 80401<br><br>———————————————————<br><br>Plaintiff:   **ROSE GUTIERREZ**<br><br>v.<br><br>Defendant: **KING SOOPERS d/b/a DILLON COMPANIES, LLC.**<br><br>———————————————————<br><br>*Attorneys for Plaintiff:*<br>Ross Iakovakis, #44104<br>**RM Law**<br>9085 East Mineral Circle, Suite 280<br>Centennial, Colorado 80112<br>Phone Number: (720) 204-2710<br>Fax Number: (720) 528-7853<br>ri@rmanninglaw.com | DATE FILED: May 6, 2019 10:05 AM<br>FILING ID: 18FB3A2E9A9D3<br>CASE NUMBER: 2019CV30702<br><br><br><br><br>▲COURT USE ONLY▲<br><br>———————————————————<br><br>Case Number:<br><br>Division: |
| **COMPLAINT** | |

**COMES NOW**, Plaintiff, Rose Gutierrez, by and through her attorneys, RM Law, and for her Complaint, states and alleges as follows:

## PARTIES

1.      At all times relevant to the events described in the Complaint, Plaintiff, Rose Gutierrez, was and is a resident of the State of Colorado.

2.      At all times relevant to the events described in the Complaint, Defendant, King Soopers dba Dillon Companies, LLC (hereinafter "King Soopers"), was and is a foreign limited liability company. King Sooper's Registered Agent may be served at 1900 W. Littleton Boulevard, Littleton CO 80120.

3.      Upon information and belief, King Soopers owned, managed, and/or maintained a King Soopers grocery store located at 8055 Sheridan Boulevard, Arvada, Colorado 80003 (the "Premises), which is located in Jefferson County, Colorado.

## JURISDICTION AND VENUE

4.      The Court has jurisdiction over the parties and subject matter herein.

5.      Venue is proper in the District Court of Jefferson County pursuant to C.R.C.P. 98(c)(5).

## GENERAL ALLEGATIONS

6.      Plaintiff incorporates the allegations stated in paragraphs 1 through 5 as though fully set forth herein.

7.      On September 20, 2017, Plaintiff was lawfully on the Premises and was walking towards the restroom when she slipped and fell on a wet substance on the floor.

8.      There were no warning signs, cones, or barricades present to warn or protect patrons such as Plaintiff.

9.      Defendant knew or should have known that the foregoing conditions, acts, and/or omissions would pose an unreasonable risk of danger to patrons such as Plaintiff.

10.     As a result of Defendant's negligence, Plaintiff suffered injuries, losses, and damages.

11.     Plaintiff's injuries resulted and will result in medical and related expenses in the past and future; past and future rehabilitation; pain and suffering; and further damages and expenses as set forth below.

## FIRST CLAIM FOR RELIEF
### *Violations of Colorado's Premises Liability Act*
### *C.R.S. § 13-21-115*

12.     Plaintiff incorporates the allegations stated in paragraphs 1 through 11 as though fully set forth herein.

13.     At all times relevant hereto, Plaintiff was an invitee pursuant to the Colorado Premises Liability Act.

14.     At all times relevant hereto, Defendant was a landowner as that term is defined under the Colorado Premises Liability Act.

15.     Defendant had a legal duty to exercise reasonable care in maintaining the Property such that it would not pose a danger to invitees such as Plaintiff.

16.     Additionally, Defendant had a legal duty to exercise reasonable care to protect Plaintiff and warn her of the dangerous conditions and activities being conducted on its Property.

17.     Defendant breached its legal duties by the following acts and/or omissions:

2

(a)     Negligently and unreasonably failing to timely clean and/or remove slippery and wet substances on the floor of its Premises;

(b)     Negligently and unreasonably failing to provide adequate warning signs or barricades near the area where the slippery and wet substance had accumulated; and

(c)     Negligently and unreasonably failing to adequately train to clean and/or remove slippery and wet substances of the floor of its Premises.

18.     Defendant knew, or should have known, that the wet condition of the floor and/or activities conducted thereon would pose an unreasonable risk of danger to invitees, such as Plaintiff.

19.     As a direct and proximate result of Defendant's breach of the aforementioned legal duties, Plaintiff suffered injuries, losses, and damages.

20.     As a further result of Defendant's negligent conduct, Plaintiff suffered economic and non-economic damages including, but not limited to, pain and suffering, permanent impairment, medical expenses, and loss of the enjoyment of life.

## SECOND CLAIM FOR RELIEF
### *Common Law Negligence*

21.     Plaintiff incorporates the allegations stated in paragraphs 1 through 20 as though fully set forth herein.

22.     Defendant had a legal duty to provide a safe environment for persons lawfully present on the Property, such as Plaintiff.

23.     Defendant breached this duty of care by failing to provide a safe environment and, more specifically, failing to clean and remove a dangerous wet floor present on its Premises.

24.     As a direct and proximate result of the conduct of Defendant, Plaintiff suffered injuries, losses, and damages.

**WHEREFORE**, Plaintiff, Rose Gutierrez, requests that Judgment be entered in favor of the Plaintiff and against the Defendant, in an amount sufficient to fairly compensate her for the injuries as set forth above, court costs, attorney fees, expert witness fees, statutory interest from the date this cause of action accrued, or as otherwise permitted under Colorado law, and for such other and further relief as this Court deems just and proper, and/or Plaintiff prays for the following relief:

(a)     For an amount which will reasonably compensate her for past and future economic loss;

(b)     For an amount which will reasonably compensate her for medical  expenses,  past and future;

(c)     For an amount which will reasonably compensate her for permanent limitation, injuries, and/or disfigurement of the body and/or mind;

(d)     For an amount which will reasonably compensate her for pain and suffering, past and future;

(e)     For an amount which will reasonably compensate her for loss of enjoyment of life and/or the capacity to live a full life;

(f)     For interest as provided by Statute from the date of the incident which forms the basis of this Complaint to the date of verdict or judgment, and for costs and fees incurred in the prosecution of this matter, and any further and other relief as the Court may deem just and proper.

Respectfully submitted this 6th day of May, 2019.

**RM Law**

*/s/ Ross Iakovakis*

Ross Iakovakis

*This pleading was filed electronically pursuant to Rule 121 § 1-26. Original signed pleading is on file in counsel's office.*

Plaintiff's Address:
c/o RM Law
9085 East Mineral Circle, Suite 280
Centennial, CO 80112

4